UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00060

TIFFANY MICHELLE WORKMAN

**ORDER**

On February 10, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count One to the Indictment charges the Defendant with knowingly and intentionally distributing a quantity of fentanyl, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 10, 2025. [ECF 50]. Objections in this case were due on February 27, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 50]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Court **DEFERS** adjudication of guilt given the nature of the Defendant's Plea Agreement. The Defendant is **DIRECTED**, if she has not yet done so, to begin participating in the ATC program. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   March 10, 2025



Frank W. Volk
Chief United States District Judge